# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1898
LT Case Nos. 2022-DP-205-A
2022-DP-205-B
2022-DP-205-C

_____

M.P., Mother of J.J., II, R.J., and
N.J., Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
William Collins Cooper, Judge.

Maria Porter, Jacksonville, pro se.

Sarah J. Rumph, Appellate Counsel of Children's Legal Services,
of Department of Children and Families, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Amanda
Victoria Glass, Senior Attorney, and Kristen Bond Dobson, Pro
Bono Guardian ad Litem Attorney, of Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem o/b/o J.J., II, R.J., and N.J.


May 22, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____